**Order entered November 5, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00608-CR
No. 05-18-00609-CR
No. 05-18-00610-CR

**BRANDON RASHAD BURTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-00846-U, F17-55788-U & F16-51151-U**

## ORDER

We **REINSTATE** these appeals.

When the reporter's record was not timely filed, we abated for a hearing. Court reporter Sasha Brooks then tendered the four volumes of reporter's record. In the interest of expediting these appeals and because the trial court has not yet held a hearing, we **VACATE** our October 23, 2018 order to the extent it orders the trial court to hold a hearing. We **ORDER** the four-volume reporter's record filed as of the date of this order.

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District

Court; Sasha Brooks, official court reporter, 291st Judicial District Court; and to counsel for the parties.

Appellant's brief is **DUE** on or before December 3, 2018.

/s/ LANA MYERS
JUSTICE